**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Kim A Hoover aka Kim Hoover aka Kim Ann Hoover**

**Debtor(s)**

**BK NO. 26-02950 MJC**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
16 Oct 2026, 14:55:46, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322


Document ID: 435d8f1f62d194c3a2249cd4280af00e358fc0bdf6e11877f48d4fa6b17ca84d